# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB**, et al.,<br>    Plaintiff,<br><br>             v.<br><br>**THOMAS W. REDFERN, et al.**,<br>    Defendant. | Case No. CV 19-07432 DSF (RAOx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendants Thomas W. Redfern and Mary Susan Redfern,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: January 16, 2020

                                                  Dale S. Fischer<br>                                                  United States District Judge